Louis Holtzman, Trading as Tower Currency Exchange, Appellee, v. Julius L. Goodman, Appellant.

Gen. No. 42,909.

opinion filed May 2, 1944. Eugene A. Weinberg, for appellant; Edward L. S. Arkema and Ira Jacobs, for appellee; Carl N. Howig, of counsel. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.